# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

February 9, 2026

| | |
|---|---|
| RANJIT SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-00173-JD |
| ) | |
| KRISTI NOEM, ET AL., ) | |
| ) | |
| Respondents. ) | |

**<u>ENTER ORDER:</u>**

      The Court previously entered an Order on February 5, 2026 [Doc. No. 4], referring this case to Magistrate Judge Chris M. Stephens. The Court terminates the referral to Magistrate Judge Chris M. Stephens.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                        JOAN KANE, CLERK

                                        By:    /s/ Carol Ditta
                                                    Deputy Clerk