## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RANJIT SINGH,                          )
                                       )
          Petitioner,                  )
                                       )
v.                                     )          Case No. CIV-26-173-D
                                       )
MARKWAYNE MULLIN, *et al.*,            )
                                       )
          Respondents.                 )

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents

shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release

Petitioner.

**ENTERED** this 7th day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge